UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                :
CHARLES A. LAWSON,              :
                                :    No. 23-cv-1626 (NLH)(AMD)
            Plaintiff,          :
                                :
        v.                      :    MEMORANDUM OPINION
                                :
                                :
JOHN P. MORRIS,                 :
                                :
            Defendant.          :
_____:

IT APPEARING THAT:

1.  Plaintiff Charles Lawson filed a complaint under 42 U.S.C. § 1983.  ECF No. 1.

2.  The Court granted Plaintiff's in forma pauperis application on March 29, 2023.  ECF No. 3.

3.  The copy of the order that was sent to Plaintiff at his address of record was returned as undeliverable on April 12, 2023.  ECF No. 4.  The return sticker stated "Return to Sender. Not deliverable as addressed.  Unable to Forward."  Id.  The Clerk's Office corrected the address for the Hudson County Jail and resent the mail.

4.  The second attempt was returned to the Court as undeliverable on May 30, 2023.  ECF No. 6.  The return sticker stated "Return to Sender.  Refused.  Unable to Forward."  Id.

5.  Plaintiff has not communicated with the Court

regarding his new address, in violation of Local Civil Rule 10.1.  <u>See</u> L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

6.  The Clerk of the Court will be ordered to administratively terminate this case.  Plaintiff may reopen this matter by submitting his updated address.

7.  An appropriate order follows.


Dated:  June 2, 2023               s/ Noel L. Hillman
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.